Doe #1 – Kevin Etter

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 08/01/2012 06:23:55 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 08/01/2012 06:23:55 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 08/01/2012 06:23:55 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 08/01/2012 06:23:55 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 08/01/2012 06:23:55 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 08/01/2012 06:23:55 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 08/01/2012 06:23:55 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 08/01/2012 06:23:55 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 08/01/2012 06:23:55 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 08/01/2012 06:23:55 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 08/01/2012 06:23:55 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 08/01/2012 06:23:55 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 08/01/2012 06:23:55 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 08/01/2012 06:23:55 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 08/01/2012 06:23:55 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 08/01/2012 06:23:55 |

**Total Statutory Copyright Infringements for Doe #1, Kevin Etter: 16**

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/27/2012 11:21:18 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/27/2012 11:21:18 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/27/2012 11:21:18 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/27/2012 11:21:18 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/27/2012 11:21:18 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/27/2012 11:21:18 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/27/2012 11:21:18 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/27/2012 11:21:18 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/27/2012 11:21:18 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/27/2012 11:21:18 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/27/2012 11:21:18 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/27/2012 11:21:18 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/27/2012 11:21:18 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/27/2012 11:21:18 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/27/2012 11:21:18 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/27/2012 11:21:18 |

**Total Statutory Copyright Infringements for Doe #2: 16**

EXHIBIT C

SIN6

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/19/2012 23:38:58 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/19/2012 23:38:58 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/19/2012 23:38:58 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/19/2012 23:38:58 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/19/2012 23:38:58 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/19/2012 23:38:58 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/19/2012 23:38:58 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/19/2012 23:38:58 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/19/2012 23:38:58 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/19/2012 23:38:58 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/19/2012 23:38:58 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/19/2012 23:38:58 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/19/2012 23:38:58 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/19/2012 23:38:58 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/19/2012 23:38:58 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/19/2012 23:38:58 |

**Total Statutory Copyright Infringements for Doe #3:  16**

EXHIBIT C

SIN6

Doe #4 – Nicholas Shelton

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/02/2012 16:14:29 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/02/2012 16:14:29 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/02/2012 16:14:29 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/02/2012 16:14:29 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/02/2012 16:14:29 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/02/2012 16:14:29 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/02/2012 16:14:29 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/02/2012 16:14:29 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/02/2012 16:14:29 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/02/2012 16:14:29 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/02/2012 16:14:29 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/02/2012 16:14:29 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/02/2012 16:14:29 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/02/2012 16:14:29 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/02/2012 16:14:29 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/02/2012 16:14:29 |

**Total Statutory Copyright Infringements for Doe #4, Nicholas Shelton:  16**

EXHIBIT C

SIN6

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 08/01/2012 10:29:57 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 08/01/2012 10:29:57 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 08/01/2012 10:29:57 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 08/01/2012 10:29:57 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 08/01/2012 10:29:57 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 08/01/2012 10:29:57 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 08/01/2012 10:29:57 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 08/01/2012 10:29:57 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 08/01/2012 10:29:57 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 08/01/2012 10:29:57 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 08/01/2012 10:29:57 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 08/01/2012 10:29:57 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 08/01/2012 10:29:57 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 08/01/2012 10:29:57 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 08/01/2012 10:29:57 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 08/01/2012 10:29:57 |

**Total Statutory Copyright Infringements for Doe #5:  16**

EXHIBIT C

SIN6

Doe #6 – Aaron Reyes

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/16/2012 22:10:36 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/16/2012 22:10:36 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/16/2012 22:10:36 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/16/2012 22:10:36 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/16/2012 22:10:36 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/16/2012 22:10:36 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/16/2012 22:10:36 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/16/2012 22:10:36 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/16/2012 22:10:36 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/16/2012 22:10:36 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/16/2012 22:10:36 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/16/2012 22:10:36 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/16/2012 22:10:36 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/16/2012 22:10:36 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/16/2012 22:10:36 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/16/2012 22:10:36 |

**Total Statutory Copyright Infringements for Doe #6, Aaron Reyes:  16**

EXHIBIT C

SIN6

Doe #7 – Ho Yeung

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/22/2012 12:13:02 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/22/2012 12:13:02 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/22/2012 12:13:02 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/22/2012 12:13:02 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/22/2012 12:13:02 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/22/2012 12:13:02 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/22/2012 12:13:02 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/22/2012 12:13:02 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/22/2012 12:13:02 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/22/2012 12:13:02 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/22/2012 12:13:02 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/22/2012 12:13:02 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/22/2012 12:13:02 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/22/2012 12:13:02 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/22/2012 12:13:02 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/22/2012 12:13:02 |

**Total Statutory Copyright Infringements for Doe #7, Ho Yeung:  16**

EXHIBIT C

SIN6

Doe #8 – David Wyatt

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/25/2012 22:41:49 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/25/2012 22:41:49 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/25/2012 22:41:49 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/25/2012 22:41:49 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/25/2012 22:41:49 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/25/2012 22:41:49 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/25/2012 22:41:49 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/25/2012 22:41:49 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/25/2012 22:41:49 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/25/2012 22:41:49 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/25/2012 22:41:49 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/25/2012 22:41:49 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/25/2012 22:41:49 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/25/2012 22:41:49 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/25/2012 22:41:49 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/25/2012 22:41:49 |

**Total Statutory Copyright Infringements for Doe #8, David Wyatt: 16**

EXHIBIT C

SIN6

Doe #9 – Leah Justice

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/30/2012 14:02:03 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/30/2012 14:02:03 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/30/2012 14:02:03 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/30/2012 14:02:03 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/30/2012 14:02:03 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/30/2012 14:02:03 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/30/2012 14:02:03 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/30/2012 14:02:03 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/30/2012 14:02:03 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/30/2012 14:02:03 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/30/2012 14:02:03 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/30/2012 14:02:03 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/30/2012 14:02:03 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/30/2012 14:02:03 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/30/2012 14:02:03 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/30/2012 14:02:03 |

**Total Statutory Copyright Infringements for Doe #9, Leah Justice:  16**

EXHIBIT C

SIN6