<u>**RETURN OF SERVICE**</u>

## UNITED STATES DISTRICT COURT
## District of Indiana

Case Number: 1: 12-CV-01115-TWP-DML

Plaintiff:
**Malibu Media, LLC.**

vs.

Defendant:
**Kevin Etter, et al.**

Received by Affordable Process Service Inc. to be served on **Leah Justice, 1009 Half Moon Lane, Cicero, IN 46034**.

I, Heather Roudebush, do hereby affirm that on the **15th day of February, 2013** at **5:53 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons, Second Amended Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **Shane Lanning** as **Co-Occupant** at the address of: **4923 Kessler Blvd East, Indianapolis, IN 46220**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Defendant does not live at the above address per homeowner, Roush. He states he rented his home out to her but he moved back in October 2012. Postmaster states she has forwarded her mail to PO Box 501215, Indianapolis IN 46250

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

**Heather Roudebush**
Process Server

**Affordable Process Service Inc.**
5868 East 71st Street
Suite E-229
Indianapolis, IN 46220
(317) 776-0044
Our Job Serial Number: HLR-2012001039

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i