UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN ETTER, | ) | |
| AARON REYES, | ) | |
| HO YEUNG, | ) | |
| DAVID WYATT, | ) | No. 1:12-cv-01115-TWP-MJD |
| LEAH JUSTICE, | ) | |
| JOHN DOE #2, | ) | |
| JOHN DOE #3, | ) | |
| JOHN DOE #5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER ON MOTION FOR ENTRY OF CLERK'S DEFAULT**

This matter is before the Court on Plaintiff, Malibu Media's, Motion for Entry of Clerk's Default Pursuant to Fed. R. Civ. P. 55(a) (Dkt. 65). The Court, having considered Plaintiff's motion, finds that it would not be appropriate to default Defendant Leah Justice at this time. It does not appear that service was affected pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintiff, Malibu Media's, Motion for Entry of Clerk's Default Pursuant to Fed. R. Civ. P. 55(a) (Dkt. 65) is hereby **DENIED**.

Date: 04/29/2013

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Ho Yeung
1937 Indian Trail Drive
West Lafayette, IN 47906

Ryan Daniel Etter
LAW OFFICE OF RYAN D. ETTER
ryanetter@gmail.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
paul@nicoletti-associates.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com