IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                    Civil Action No. 1:12-cv-01115-TWP-DML

KEVIN ETTER, NICHOLAS SHELTON,
AARON REYES, HO YEUNG, DAVID
WYATT, LEAH JUSTICE, LUCILLE
PHILLIPS and JOHN DOES 2, 3, and 5,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF LUCILLE PHILLIPS ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Lucille Phillips ("Defendant") from this action <u>without prejudice</u>. Defendant was assigned the IP Address 69.245.169.19. After due search, careful inquiry and diligent attempts Plaintiff has been unable to serve Defendant. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  December 18, 2013

                                                     Respectfully submitted,

                                                     By:  /s/ *Paul J. Nicoletti*
                                                   Paul J. Nicoletti
                                                  pauljnicoletti@gmail.com
                                                  LAW OFFICE OF NICOLETTI &
                                                  ASSOCIATES, PLLC

                                                36880 Woodward Avenue, Suite 100
                                                Bloomfield Hills, Michigan 48304
                                                Phone:  (248) 203-7800
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By:  /s/ *Paul J. Nicoletti*
                                                Paul J. Nicoletti