UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN DOES 1-9, | ) |
| KEVIN ETTER, | ) |
| NICHOLAS SHELTON, | ) |
| AARON REYES, | ) No. 1:12-cv-01115-TWP-MJD |
| HO YEUNG, | ) |
| DAVID WYATT, | ) |
| LEAH JUSTICE, | ) |
| JOHN DOE #2, | ) |
| JOHN DOE #3, | ) |
| JOHN DOE #5, | ) |
| LUCILLE PHILLIPS, | ) |
| | ) |
| Defendants. | ) |

**ORDER DIRECTING ENTRY OF FINAL JUDGMENT**

All claims against all parties have been resolved.

A default judgment was entered against Defendant Aaron Reyes on November 25, 2013. See Dkts. 108 and 110. Defendant Reyes was ordered to destroy all copies of the movie owned by Malibu Media, LLC in his possession or control and was found liable to Plaintiff Malibu Media, LLC in the total amount of $38,995.00.

A default judgment was entered against defendant Leah Justice on November 25, 2013. See Dkts. 107 and 111. Defendant Justice was ordered to destroy all copies of the movie owned by Malibu Media, LLC in her possession or control and was found liable to Plaintiff Malibu Media in the total amount of $38,995.00.

All claims against all other parties have been voluntarily dismissed consistent with the following:

- Defendants John Does #1-9 were not named in the amended complaint filed on October 18, 2012. See Dkt. 23.

- Defendant Kevin Etter was voluntarily dismissed with prejudice on November 27, 2013. See Dkts. 112 and 114.

- Defendant Nicholas Shelton was voluntarily dismissed with prejudice on February 14, 2013. See Dkts. 53 and 54.

- Defendant Ho Yueng was dismissed with prejudice on September 16, 2013. See Dkts. 98 and 101.

- Defendant David Wyatt was dismissed with prejudice on September 27, 2013. See Dkts. 102 and 103.

- Defendants John Doe #2 and John Doe #5 were dismissed without prejudice on May 14, 2013. See Dkts. 73 and 74.

- Defendants John Doe #3 and Lucille Phillips were dismissed without prejudice on December 18, 2013. See Dkts. 116 and 119.

No judgment is necessary as to the claims which have been dismissed. A notice of voluntary dismissal is self-executing. *Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011); *Edwards-Brown v. Crete-Monee 201-U School Dist.*, 491 Fed. Appx. 744, 746 (7th Cir. 2012) (citing Smith v. Potter, 513 F.3d 781, 783 (7th Cir. 2008)).

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 05/14/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

HO YEUNG
1937 Indian Trail Drive
West Lafayette, IN 47906

Ryan Daniel Etter
LAW OFFICE OF RYAN D. ETTER
ryanetter@gmail.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com

Leah Justice
4923 Kessler Blvd. East
Indianapolis, IN 46220

Aaron Reyes
1216 Ball Street
Lafayette, IN 47904