# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| JOHN DOES 1-9,<br>KEVIN ETTER,<br>NICHOLAS SHELTON,<br>AARON REYES,<br>HO YEUNG,<br>DAVID WYATT,<br>LEAH JUSTICE,<br>JOHN DOE #2,<br>JOHN DOE #3,<br>JOHN DOE #5,<br>LUCILLE PHILLIPS, | )<br>)<br>)<br>)  No. 1:12-cv-01115-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's Order of May 14, 2014, the Court now enters FINAL JUDGMENT in this action in favor of Plaintiff Malibu Media, LLC and against Defendants Aaron Reyes and Leah Justice for a total amount of $38,995.00 as to each Defendant. Defendants Reyes and Justice shall destroy all copies of the movie owned by Malibu Media, LLC in their possession or control. All claims against all other parties have been voluntarily dismissed.

Dated: 05/14/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

HO  YEUNG
1937 Indian Trail Drive
West Lafayette, IN 47906

Ryan Daniel Etter
LAW OFFICE OF RYAN D. ETTER
ryanetter@gmail.com

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com

Leah Justice
4923 Kessler Blvd. East
Indianapolis, IN 46220

Aaron Reyes
1216 Ball Street
Lafayette, IN 47904